## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| **Argus Health Systems,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **Case No. 10-187-CV-W-JTM** |
| | ) | |
| **Benecard Services, Inc.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

At the request of counsel for the parties, the Court will hold a telephone conference at 3:00 p.m. on Wednesday, October 19, 2011 to address the JOINT MOTION TO EXTEND DEADLINES FOR DISCLOSURE OF WITNESSES AND EXHIBITS, filed October 18, 2011 [Doc. 100].

In order to participate in the telephone conference counsel are directed to dial into 877.336.1274 and provide access code 3496777.

**IT IS SO ORDERED**.


    */s/ John T. Maughmer*
    **JOHN T. MAUGHMER**
    **U. S. MAGISTRATE JUDGE**