# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Argus Health Systems,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) Case No. 10-187-CV-W-JTM |
| | ) |
| **Benecard Services, Inc.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pursuant to the *Joint Stipulation Of Dismissal With Prejudice Pursuant to Settlement,* filed December 12, 2011 [Doc. 109], it is

**ORDERED** that this entire matter (including all claims and counterclaims alleged) is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

                                                */s/ John T. Maughmer*
                                                **JOHN T. MAUGHMER**
                                                **U. S. MAGISTRATE JUDGE**